SARAH GOSS, Respondent, *v.* PHILIP COHEN, Appellant.

*Vendor and purchaser — contract — specific performance — real property — dower — action to compel specific performance of contract to convey real property — defense that wife of vendor refused to join in conveyance — specific performance decreed with abatement in purchase price in amount of value of dower.*

*Goss* v. *Cohen,* 216 App. Div. 821, affirmed.

(Argued February 24, 1927; decided March 29, 1927.)

APPEAL from a judgment, entered June 15, 1926, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of defendant entered upon a decision of the court on trial at Special Term and directing judgment in favor of plaintiff on new findings. The action was to compel specific performance of a contract to convey real property. The defense was that defendant's wife refused to release her inchoate right of dower. Upon the trial plaintiff elected to take the premises subject to an abatement of the purchase price in the amount of the dower. The Appellate Division decreed specific performance with such abatement.

*Max Meyer* for appellant.

*Peter F. McAllister* and *Frank A. Clary* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.